John J. Talton, Chapter 13 Trustee    Check No. 813287
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 09-10027 | 002-0 | DAVID K. JOLLEY<br>Original Check written to:<br>JEFFERSON COUNTY TAC<br>P O BOX 2112<br>BEAUMONT, TX 77704- | xxxxxxxxxxxxxxxxx0000 | 1,849.63 | 12.67 | 0.00 | 12.67 |